IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANITA O. BROWN | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| LVNV FUNDING, LLC, ET. AL. | : | NO. 24-6412 |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW this 18th day of July, 2025, upon consideration of Defendant LVNV Funding, LLC's ("LVNV") Motion for Summary Judgment (Dkt. #24) and Plaintiff's Motion for Summary Judgment and for Sanctions (Dkt. #25), as well as LVNV's Opposition to Plaintiff's Motion, it is hereby ORDERED that Plaintiff's Motion is DENIED and Defendant's Motion for Summary Judgment is GRANTED. All counts against LVNV are DISMISSED, WITH PREJUDICE. It is FURTHER ORDERED that because Plaintiff has not effectuated proper service on named co-defendant Credit One Bank, all claims against Credit One Bank are DISMISSED, WITHOUT PREJUDICE. The Clerk of Court is directed to mark this matter "Closed."

BY THE COURT:

GAIL A. WEILHEIMER     J.